```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SOLIBET ROSA,

                                      Plaintiff,              20-CV-02754 (AT)(SN)

          -against-                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                      Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to meet and confer to address the plaintiff's motion for an award of attorneys' fees and costs in an effort to conserve judicial and attorney resources. Within 30 days of the plaintiff's motion, the government shall file either a stipulation regarding the motion, or an opposition to the plaintiff's motion. Any reply may be filed 14 days later.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      New York, New York
                 September 10, 2021